UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

O'HARA & ASSOCIATES, LLC,

    Plaintiff,                                 No. 16-11708

v.                                          District Judge Arthur J. Tarnow
                                              Magistrate Judge R. Steven Whalen

WINZELER, INC.,

    Defendant.

                                       /

**ORDER**

For the reasons and under the terms stated on the record on August 3, 2017, Defendant's Motion for Leave to Amend Affirmative Defenses and to Extend Dispositive Motion Deadline [Doc. #23] is GRANTED.

Discovery is extended for 45 days from the date of this Order, limited to issues relevant to the amended affirmative defense of statute of frauds.

The dispositive motion deadline is extended 30 days beyond the close of discovery.

IT IS SO ORDERED.

Dated: August 3, 2017                                       s/R. Steven Whalen
                                                                 R. STEVEN WHALEN
                                                                 U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on August 3, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 3, 2017.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen